**STAY LIFTED / JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| COTRINA SANDERS, individually and on behalf of all others similarly situated., <br><br> Plaintiff, <br><br> v. <br><br> TELACU CONSTRUCTION MANAGEMENT, a California corporation, <br><br> Defendant. | **Case No.: CV 19-766-DMG (JCx)** <br><br> **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO LIFT STAY AND CONFIRM AWARD [56]** |

Before the Court is Plaintiff's Unopposed Motion to Lift Stay and Confirm Award (the "Motion").  Having considered the Motion, all relevant arguments, and by Defendant's acquiescence thereto, the Court finds that the Motion should be and hereby is GRANTED and the October 9, 2020 hearing on the Motion is VACATED.

The stay entered on December 10, 2019 [Doc. # 55] is hereby LIFTED.

IT IS FURTHER ORDERED pursuant to 9 U.S.C.§ 9 that the Award of August 31, 2020, attached to Plaintiff's Motion as Exhibit A (the "Award") is hereby CONFIRMED.

IT IS FURTHER ORDERED that the above-captioned action is dismissed with prejudice, each side to bear its own costs and attorneys' fees, except as provided by the parties' settlement and approved in the Award.

IT IS SO ORDERED.

DATED:  September 23, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

**IN ARBITRATION**

| | |
|---|---|
| COTRINA SANDERS, et al., | Arbitrator Carole Katz |
| v. | |
| TELACU CONSTRUCTION MANAGEMENT, a California corporation. | |

**ORDER APPROVING SETTLEMENT**

William Gil, Erin Damond, Roque Bustos, Charlene Brown, Diana Valencia, Michael Lane, Henry Walker, Cotrina Sanders, Stephen Ingram, and Christopher Martinez (collectively, "Claimants") and TELACU Construction Management, Inc. ("TCM") agreed to submit their Settlement Agreement and Release of Claims ("Agreement") to me, sitting as arbitrator, for review.

After receiving the Agreement, I held a hearing where both parties presented information regarding the claims, defenses, and damages available in this matter. After the hearing, I requested additional information from TCM, who responded with the information requested (Claimants' counsel was copied on my request and TCM's response).

Having considered the submissions and presentations, I find the Agreement represents a fair and reasonable settlement of Claimants' claims. There are bona fide disputes between the parties regarding the merits of the parties' claims and defenses. There is no evidence of collusion or overreaching by either party. I therefore approve the Agreement as written.

Dated: August 31, 2020

_Carole Katz_
Carole Katz, Arbitrator